**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN HONDA FINANCE
CORPORATION and HVT, INC.,

              Plaintiffs,

    v.

THE CITY OF NEW YORK,

              Defendants.

(Electronically Filed)

Civil Case No.:

**COMPLAINT**

Plaintiffs, American Honda Finance Corporation ("AHFC") and HVT, Inc. ("HVT," and with AHFC, the "Plaintiffs"), as and for its Complaint against Defendant, The City of New York ("CNY"), alleges:

**<u>NATURE OF ACTION</u>**

1.      CNY has a derelict vehicle removal policy and program.  Under this policy, CNY representatives unilaterally decide if a vehicle located within New York City fits the CNY's definition of a "derelict" vehicle.  If that CNY representative decides that a vehicle falls under the "derelict" definition, CNY seizes the vehicle and directs a private towing company to remove the vehicle ***and destroy it*** by dismantling it for its scrap value.

2.      Under CNY's policy and program, no notice of the seizure or the summary destruction of such a vehicle is provided to the vehicle owners or to lienholders who have perfected liens on the vehicles that CNY seizes and destroys as derelict.

3.      Under CNY's policy and program, at no time is a vehicle owner or lienholder afforded any opportunity to contest CNY's seizure or destruction of such a vehicle, nor is the owner or lienholder afforded any compensation for its loss of such a vehicle, nor is there any

warrant or valid exception to the warrant requirement associated with the summary destruction of such a vehicle.  CNY simply destroys the owner or lienholder's property rights.

4.      CNY seized and destroyed each of the 10 vehicles listed on the attached **Exhibit A** (the "Vehicles"), based on CNY's unilateral determination that these Vehicles were "derelict." CNY did not provide any due process to the Plaintiffs, who either owned or held a valid first priority lien in each of the Vehicles (as indicated on Exhibit A).  Instead, CNY summarily disposed of each of these 10 Vehicles by directing a private tow company to destroy the Vehicles for scrap.

5.      CNY never afforded Plaintiffs any opportunity to protect their interests in the Vehicles.  CNY did not have any warrant, court order, or valid exception to the warrant requirement associated with summarily towing and destroying the Vehicles merely because CNY unilaterally decided they were "derelict."  CNY did not provide any compensation to Plaintiffs for the destruction of Plaintiffs' property interests.  Each of these failures violated Plaintiffs' rights under the Fourth, Fifth, and Fourteenth Amendments to the U.S. Constitution, respectively.

## JURISDICTION AND VENUE

6.      This is a civil rights action pursuant to 42 U.S.C. §§ 1983 and 1988 for deprivation of Plaintiffs' rights secured by the Fourth, Fifth and the Fourteenth Amendments to the United States Constitution, and accordingly jurisdiction is conferred on this Court by 28 U.S.C. §§ 1343(a)(3) and 1343(a)(4), as well as 28 U.S.C. § 1331.

7.      Venue lies in the Court pursuant to 28 U.S.C. § 1391(b)(1), because the Defendant resides in this district, and 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## PARTIES

8.      Plaintiff AHFC is a corporation incorporated in the State of California, in the business of taking assignments of retail installment contracts and holding the associated lien interests in vehicles, including being the duly perfected lienholder in those Vehicles listed on Exhibit A as having an AHFC lien, to wit:

> a.      A 2016 Honda Pilot bearing VIN 5FNYF6H51GB105534 (the "Cruz Vehicle");
>
> b.      A 2018 Honda Civic bearing VIN SHHFK7H59JU413551 (the "Griffin Vehicle");
>
> c.      a 2015 Honda Accord bearing VIN 1HGCR2F38FA215873 (the "Khan Vehicle");
>
> d.      a 2016 Honda Accord bearing VIN 1HGCR2F33GA161075 (the "Smith Vehicle");
>
> e.      a 2017 Honda Accord bearing VIN 1HGCR2F53HA213582 (the "Vasquez Vehicle"); and
>
> f.      Collectively, the Cruz Vehicle, Griffin Vehicle, Khan Vehicle, Smith Vehicle, and Vazquez Vehicle shall be referred to as the "AHFC Vehicles."

9.      Plaintiff HVT is a corporation incorporated in the State of Delaware, and is a trustee of Honda Lease Trust, a Delaware Business Trust.  HVT is in the business of, *inter alia*, taking assignments of lease contracts to motor vehicles and holding title to those vehicles during the period of the lease, including being the titled owner of those Vehicles listed on Exhibit A[1] as being owned by HVT, to wit:

> a.      A 2020 Honda CR-V bearing VIN 2HKRW2H51LH659777 (the "Beatty Vehicle");

---

[1] The Philbert Vehicle is owned by Honda Lease Trust ("HLT"), with Plaintiff HVT as a trustee of HLT, and Plaintiff AHFC as administrator of the lease for HLT, entitling Plaintiffs to act on HLT's behalf with regard to the Philbert Vehicle, including by filing this lawsuit.

b.      A 2020 Honda Accord bearing VIN 1HGCV1F32LA098826 (the "Jones Vehicle");

c.      A 2021 Honda Accord bearing VIN 1HGCV1F40MA030678 (the "Philbert Vehicle");

d.      A 2021 Honda Civic bearing VIN 2HGFC2F6XMH500730 (the "Rodriguez Vehicle");

e.      A 2022 Acura MDX bearing VIN 5J8YE1H48NL009540 (the "Salgado Vehicle"); and

f.      Collectively, the Beatty Vehicle, Jones Vehicle, Rodriguez Vehicle, and Salgado Vehicle shall be referred to as the "HVT Vehicles."

10.      Defendant CNY is a municipality organized and existing under the laws of the State of New York.

## FACTS

### AHFC's interests in the AHFC Vehicles.

11.      AHFC holds a duly perfected security interest in the AHFC Vehicles.

12.      Before the date CNY seized each of the AHFC Vehicles, and before any other facts relevant to this action, the non-parties listed in the "Customer" column of Exhibit A for each of the AHFC Vehicles (the "AHFC Customers") entered into retail installment contracts to finance the purchase of the AHFC Vehicles, which contracts were thereafter assigned to AHFC. By virtue of those transactions, AHFC obtained and perfected a security interest in each of the AHFC Vehicles.  AHFC perfected those liens by having them recorded on the title to the AHFC Vehicles before CNY seized any given AHFC Vehicle.

13.      By virtue of CNY's seizure of the AHFC Vehicles, each AHFC Customer defaulted on the non-monetary terms of their respective retail installment contract with AHFC, which thereafter entitled AHFC to immediate possession of each AHFC Vehicle.

14.     On or before the date listed in the "Monetary Default Date" column on Exhibit A, each of the AHFC Customers defaulted on the payment obligations under their respective retail installment contracts, thereafter entitling AHFC to immediate possession of each of the AHFC Vehicles.

**HVT's interests in the HVT Vehicles.**

15.     HVT is the titled owner of the HVT Vehicles, with the exception of the Philbert Vehicle, which is titled in the name of HLT, for which HVT is a trustee and AHFC is the administrator of the lease.

16.     Before the date CNY seized each of the HVT Vehicles, and before any other facts relevant to this action, the non-parties listed in the "Customer" column of Exhibit A for each of the HVT Vehicles (the "HVT Customers") entered into a lease agreement with a non-party dealership, who leased the HVT Vehicles to the HVT Customers, which leases were then assigned to HVT.  As a result of these transactions, HVT became and has remained the owner of the HVT Vehicles at all relevant times.

17.     By virtue of CNY's seizure of the HVT Vehicles, the HVT Customers defaulted on the non-monetary default terms of their respective lease agreements, thereafter entitling HVT to immediate possession of the HVT Vehicles.

18.     On or before the date listed in the "Monetary Default Date" column on Exhibit A, each of the HVT Customers defaulted on the payment obligations under their respective lease agreements, thereafter entitling HVT to immediate possession of each of the HVT Vehicles.

**CNY seized the Vehicles and immediately destroyed them.**

19.    On or about the dates listed in the "Date Seized" column of Exhibit A, CNY took custody of each of the Vehicles and instructed a private towing company to tow the Vehicles from the roadway and summarily destroy them by dismantling them for scrap.

20.    Attached as **Exhibit B** are copies of the 8 of the CNY notices confirming the details of the seizures of each of the Vehicles; Plaintiffs have not yet obtained copies of the 2 notices relating to the Griffin Vehicle and Philbert Vehicle.

21.    Plaintiffs had no involvement with, or knowledge of, the operation or location of the Vehicles at the time they were seized by CNY and/or taken into custody by CNY's towing contractor(s).

22.    CNY did not notify Plaintiffs regarding its seizure of the Vehicles *before* actually towing and destroying such Vehicles.

23.    Plaintiffs discovered by their own investigation that CNY had seized and destroyed the Vehicles during their own efforts to locate and repossess the Vehicles.

24.    Further investigation revealed that CNY had directed that all of the Vehicles be destroyed for scrap.

25.    Each of the Vehicles was, in fact, destroyed for scrap pursuant to CNY's derelict vehicle policy.

26.    CNY did not hold any hearing relating to its seizure of the Vehicles, either before or after seizing them.  CNY did not hold any hearing relating to its instruction to its towing contractor to destroy the Vehicles, either before or after instructing the towing contractor to destroy the Vehicles.

27. CNY did not have a warrant or other court order relating to its seizure of the Vehicles, nor relating to its instruction to its towing contractor to destroy the Vehicles.

28. CNY did not compensate either of the Plaintiffs for the loss of Plaintiffs' property rights in the Vehicles for the government purpose of clearing the roadway.

**CNY's regular policies, customs and/or practices for "derelict" vehicles.**

29. CNY's conduct in relation to the Vehicles comported with CNY's regular policies, customs and/or practices for the handling of Vehicles under CNY's derelict vehicle policy and program.

30. CNY carries out its derelict vehicle removal program through its own officials.

31. CNY delegates a portion of the performance of its derelict vehicle removal policy functions to private towing companies. Specifically, CNY utilizes private towing companies to tow away, store and destroy vehicles seized by CNY as derelict vehicles.

32. Regardless of the reason for CNY's initial seizure of a given vehicle, CNY does not return those vehicles to a person with a preexisting property interest when the justification for CNY's seizure has passed. Instead, CNY places seized vehicles in the possession of its towing contractors for the purpose of destruction by scrapping those vehicles.

33. The towing contractor accepts the seized vehicles from CNY as either partial or total payment for the towing and destruction services the towing contractor provides to CNY, and CNY benefits from authorizing the private tow contractor to destroy the vehicles for scrap value as the scrap value—which the towing contractor retains—is the *quid pro quo* compensation that induces the towing contractor to participate in CNY's derelict vehicle removal policy.

34.    It is CNY's regular policy and custom, in the course of the above-described conduct, to not obtain a warrant for any of the actions it takes in connection with its derelict vehicle policy.

35.    Even if the initial seizure of the vehicles removed from the road pursuant to the derelict vehicle policy were made under a valid exception to the Fourth Amendment's warrant requirement, a (possibly) valid initial warrantless seizure does not justify any action CNY decides to take thereafter.  Rather, CNY is required to obtain a warrant, or new justification for a warrantless seizure, once the reason for the (possibly valid) initial warrantless seizure has dissipated.  Alternatively, the subsequent action of destroying the vehicles for scrap render the initial seizures unreasonable in their manner of execution, even if done with an initially valid exception to the warrant requirement.

36.    It is also CNY's regular policy and custom, in the course of the above-described conduct, to not provide any form of constitutionally adequate notice, nor any hearing whatsoever, in relation to any of its derelict vehicle removal activity.

37.    Any *notification(s)* transmitted by CNY relating to the derelict vehicle removal policy does not satisfy the constitutional due process requirement of *notice*, because these communications are merely notifications of CNY's unilateral conduct, and not notice of an opportunity to be heard (which does not occur).

38.    CNY does not compensate persons with pre-existing property interests for its use and destruction of such seized vehicles, *i.e.* CNY's use of seized vehicles to compensate its towing contractor by permitting the towing contractor to destroy the vehicles for scrap and retain the proceeds.

39.    These actions, all taken in accordance with CNY's regular policies and customs for seizing and disposing of "derelict" motor vehicles, violate the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

40.    CNY knew or should have known that its actions violated the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

## COUNT I
### Violation of Civil Rights Pursuant to title 42 U.S.C. § 1983
### (Deprivation of Property by Unreasonable Seizure)

41.    Plaintiffs reallege and incorporate herein by reference the allegations set forth in the prior paragraphs.

42.    Plaintiffs are the holders of protected property interests in the Vehicles.

43.    CNY meaningfully interfered with Plaintiffs' protected interest in the Vehicles by towing and destroying them for scrap and altering the Vehicles' title by removing Plaintiffs' interests.

44.    By these actions, CNY acted under color of law to seize the Vehicles within the meaning of the Fourth Amendment to the United States Constitution.

45.    CNY's seizure of the Vehicles was unaccompanied by a warrant.

46.    CNY's seizure of the Vehicles was unaccompanied by any legitimate exception to the warrant requirement.  Alternatively, to the extent the initial seizure was accompanied by any arguably legitimate exception to the warrant requirement, it was carried out in an unreasonable manner of execution insofar as the summary destruction of the Vehicles for scrap exceeded the scope necessary to complete any legitimate task associated with the purported warrant exception for which the Vehicles were initially seized.

47.     CNY's seizures of the Vehicles were unreasonable in violation of the Fourth Amendment to the United States Constitution.

48.     CNY's unreasonable seizures of the Vehicles were accomplished in accordance with CNY's standard policy and/or custom for the handling and disposal of "derelict" vehicles.

49.     As a direct and proximate result of CNY's violation of Plaintiffs' Constitutional right to be free from unreasonable seizures, Plaintiffs have suffered damages based upon the lost value of the Vehicles, loss of use of the Vehicles, the lost revenue stream from their contracts relating to the Vehicles, and other damages.

50.     Plaintiffs are, therefore, entitled to relief under 42 U.S.C. § 1983.

**WHEREFORE,** Plaintiffs pray for (i) judgment against CNY for actual damages, consequential damages, statutory damages, fees and costs of suit, including reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and (ii) a declaration pursuant to 28 U.S.C. § 2201-2202 that, to the extent CNY's actions comport with their ordinary policies that they intend to continue, those policies violate the constitutional rights of persons subjected to those policies; (iii) a permanent injunction against such conduct; and (iv) such other and further relief as the Court deems just and proper.

## COUNT II
### Violation of Civil Rights Pursuant to title 42 U.S.C. § 1983
### (Deprivation of Property Without Due Process of Law)

51.     Plaintiffs reallege and incorporate herein by reference the allegations set forth in the prior paragraphs.

52.     Plaintiffs are holders of protected property interests in the Vehicles.

53.     CNY's actions resulted in the deprivation of Plaintiffs' protected property interests in the Vehicles.

54.     CNY does not have any mechanism for, nor did it secure, review of any of CNY's actions in relation to the Vehicles before a judge or other neutral decisionmaker.

55.     CNY did not provide Plaintiffs an opportunity to be heard in relation to any of CNY's actions in relation to the Vehicles in any venue at any time.

56.     Because CNY did not provide any mechanism for, nor secure, review of any of CNY's actions in relation to the Vehicles by a judge or other neutral decisionmaker, it also did not provide Plaintiffs with constitutionally adequate notice of that non-existent hearing procedure.

57.     The manner in which Plaintiffs became aware of CNY's seizure and summary destruction of the Vehicles did not constitute adequate notice for the purposes of due process.

58.     CNY's deprivations of Plaintiffs' rights in the Vehicles were therefore accomplished without due process of law in violation of the Fourteenth Amendment to the United States Constitution.

59.     CNY's deprivations of Plaintiffs' rights in the Vehicles were accomplished in accordance with CNY's standard policy and/or custom for the handling and disposal of seized "derelict" vehicles.

60.     As a direct and proximate result of CNY's violation of Plaintiffs' Constitutional right to be free from deprivations without due process of law, Plaintiffs have suffered damages based upon the lost value of the Vehicles, loss of use of the Vehicles, the lost revenue stream from their contracts relating to the Vehicles, and other damages.

61.     Plaintiffs are, therefore, entitled to relief under 42 U.S.C. § 1983.

**WHEREFORE,** Plaintiffs pray for (i) judgment against CNY for actual damages, consequential damages, statutory damages, fees and costs of suit, including reasonable attorneys'

fees pursuant to 42 U.S.C. § 1988; and (ii) a declaration pursuant to 28 U.S.C. § 2201-2202 that, to the extent CNY's actions comport with their ordinary policies that they intend to continue, those policies violate the constitutional rights of persons subjected to those policies; (iii) a permanent injunction against such conduct; and (iv) such other and further relief as the Court deems just and proper.

## COUNT III
### Violation of Civil Rights Pursuant to title 42 U.S.C. § 1983
### (Taking of Property Without Just Compensation)

62.     Plaintiffs reallege and incorporate herein by reference the allegations set forth in the prior paragraphs.

63.     Plaintiffs are the holders of protected property interests in the Vehicles.

64.     CNY compensated its towing contractor(s), in whole or in part, by turning over possession of the Vehicles to the towing contractor(s), and the towing contractor(s) accepted the Vehicles as compensation, in whole or in part, for the services it provided to CNY, namely the towing and destruction for scrap of the Vehicles that CNY had seized.

65.     CNY destroyed Plaintiffs interests in the Vehicles by turning over the Vehicles to the towing contractor(s) with instructions to destroy the Vehicles for scrap, and to retain the proceeds therefrom.

66.     CNY thereby took Plaintiffs interests in the Vehicles for a public use.

67.     CNY did not compensate Plaintiffs for the taking of Plaintiffs' interests in the Vehicles.

68.     CNY therefore took Plaintiffs' property for public use without just compensation in violation of the takings clause of the Fifth Amendment to the United States Constitution.

69.     CNY's taking of Plaintiffs' rights in the Vehicles was accomplished in accordance with CNY's standard policy and/or custom for the handling and disposal of seized "derelict" vehicles.

70.     As a direct and proximate result of CNY's violation of Plaintiffs' Constitutional right to be free from takings without just compensation, Plaintiffs have suffered damages based upon the lost value of the Vehicles, loss of use of the Vehicles, the lost revenue stream from their contracts relating to the Vehicles, and other damages.

71.     Plaintiffs are, therefore, entitled to relief under 42 U.S.C. § 1983.

**WHEREFORE,** Plaintiffs pray for (i) judgment against CNY for actual damages, consequential damages, statutory damages, fees and costs of suit, including reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and (ii) a declaration pursuant to 28 U.S.C. § 2201-2202 that, to the extent CNY's actions comport with their ordinary policies that they intend to continue, those policies violate the constitutional rights of persons subjected to those policies; (iii) a permanent injunction against such conduct; and (iv) such other and further relief as the Court deems just and proper.

## COUNT IV
### Violation of the New York Constitution

72.     Plaintiffs reallege and incorporate herein by reference the allegations set forth in the prior paragraphs.

73.     CNY's actions also violate the corresponding protection of the New York State Constitution as set forth above.

**WHEREFORE,** Plaintiffs pray for judgment against CNY for actual damages, consequential damages, statutory damages, fees and costs of suit, including reasonable attorney's

fees pursuant to 42 U.S.C. 1988, and such other and further relief as the Court deems just and proper.

Dated: February 16, 2024

**NORRIS, McLAUGHLIN, PA**
*Attorneys for Plaintiffs*

By:  _/s/  Nicholas Duston_
     Nicholas A. Duston
     7 Times Square, 21st Fl.
     New York, NY 10036
     naduston@norris-law.com
     (908)-722-0700

# EXHIBIT A

| CUSTOMER | CLIENT | Year, Model, VIN | DATE SEIZED | MONETARY DEFAULT DATE |
|---|---|---|---|---|
| Beatty, Stephen | HVT Lease | 2020 HONDA CR-V<br>VIN: 2HKRW2H51LH659777 | 6/17/2022 | 4/9/2022 |
| Cruz, Lizardo<br>Los Santos, Lizardo | AHFC Lien | 2016 HONDA PILOT<br>VIN: 5FNYF6H51GB105534 | 11/25/2019 | 3/30/2020 |
| Griffin, Albin M<br>Brea, Michelle G | AHFC Lien | 2018 HONDA CIVIC<br>VIN: SHHFK7H59JU413551 | Investigation Pending | Investigation Pending |
| Jones, Mahmoud | HVT Lease | 2020 Honda Accord<br>VIN: 1HGCV1F32LA098826 | 8/23/2023 | 9/25/2023 |
| Khan, Ashikur | AHFC Lien | 2015 HONDA ACCORD<br>VIN: 1HGCR2F38FA215873 | 6/8/2021 | 10/26/2021 |
| Philbert, Excelia | HLT Lease | 2021 HONDA ACCORD<br>VIN: 1HGCV1F40MA030678 | Investigation Pending | Investigation Pending |
| Rodriguez, Norma | HVT Lease | 2021 HONDA CIVIC<br>VIN: 2HGFC2F6XMH500730 | 9/19/2022 | 10/26/2022 |
| Salgado, Amanda | HVT Lease | 2022 ACURA MDX<br>VIN: 5J8YE1H48NL009540 | 10/12/2022 | 12/19/2022 |
| Smith, David | AHFC Lien | 2016 Honda Accord<br>VIN: 1HGCR2F33GA161075 | 5/10/2023 | 12/9/2019 |
| Vasquez, Geraldy<br>Vasquez, Emilio | AHFC Lien | 2017 Honda Accord<br>VIN: 1HGCR2F53HA213582 | 5/9/2023 | 1/2/2023 |

EXHIBIT B

 **sanitation**

Jessica S. Tisch Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

March 1, 2023

464 # D.S. 2A-118328

Dear Sir or Madam:

    Our records show that on June 16, 2022 , a Honda, 4 door, maroon , without license plates affixed was tagged for removal on Bruckner Blvd. In front of 2338 between Havemeyer and Bruckner Expressway, Bronx, N.Y. BX09 . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

    The contractor removed this vehicle on June 17, 2022 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2020 , and the Vehicle Identification Number was 2HKRW2H51LH659777 . This vehicle was disposed of by being crushed or dismantled, for parts only.

    For your information ALLIED USED AUTO CORP. . removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

    All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

## CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | BD - BODY DAMAGE | ☑ | ERD - EXTENSIVE RIGHT DAMAGE | ☐ | PSC - PASSENGER SIDE CURTAIN AIR BAG |
| ☐ | CBO - COMPLETE BURN OUT | ☑ | ES - EXTERIOR STRIPPED | ☐ | PSI - PASSENGER SIDE IMPACT AIR BAG |
| ☐ | DAD - DRIVER'S AIRBAG DAMAGED | ☐ | ETM - ENGINE / TRANSMISSION MISSING | ☐ | RD - ROOF DAMAGE |
| ☑ | DAM - DRIVER'S AIRBAG MISSING | ☐ | EXB - EXTERIOR BURNT | ☑ | RED - REAR END DAMAGE |
| ☐ | DD - DETERIORATED AND/OR DILAPIDATED | ☐ | FD - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | ☐ | RFM - RIGHT FENDER MISSING |
| ☐ | DM1 - DOORS MISSING 1 | ☑ | FED - FRONT END DAMAGE | ☐ | RM - ROOF MISSING |
| ☐ | DM2 - DOORS MISSING 2 | ☑ | GB - GLASS BROKEN | ☐ | RR - RUST / ROT |
| ☑ | DM3 - DOORS MISSING 3 | ☐ | GM - GLASS MISSING | ☐ | RSD - RIGHT SIDE DAMAGE |
| ☐ | DM4 - DOORS MISSING 4 | ☑ | HD - HOOD DAMAGED | ☐ | SHL - SHELL |
| ☐ | DRD - DOOR OR DOORS DAMAGED | ☐ | HM - HOOD MISSING | ☐ | TLD - TRUNK LID DAMAGED |
| ☐ | DSC - DRIVER SIDE CURTAIN AIR BAG | ☐ | IBO - INTERIOR BURNT OUT | ☑ | TLM - TRUNK LID MISSING |
| ☐ | DSI - DRIVER SIDE IMPACT AIR BAG | ☑ | ID - INTERIOR DAMAGED | ☐ | TM - TRANSMISSION MISSING |
| ☐ | EB - ENGINE BURNT | ☐ | IS - INTERIOR STRIPPED | ☐ | TP - TRUNK POPPED |
| ☐ | ECB - ENGINE COMPARTMENT BURNT | ☐ | LFM - LEFT FENDER MISSING | ☐ | WM1 - WHEEL MISSING 1 |
| ☐ | EFD - EXTENSIVE FRONT DAMAGE | ☑ | LSD - LEFT SIDE DAMAGE | ☑ | WM2 - WHEELS MISSING 2 |
| ☐ | ELD - EXTENSIVE LEFT DAMAGE | ☐ | NCM - NOSE CONE MISSING | ☐ | WM3 - WHEELS MISSING 3 |
| ☐ | EM - ENGINE MISSING | ☐ | ND - NO DAMAGE | ☐ | WM4 - WHEELS MISSING 4 |
| ☑ | ENS - ENGINE STRIPPED | ☐ | PAD - PASSENGER'S SIDE AIRBAG DAMAGED | ☐ | XRD - EXTENSIVE REAR DAMAGE |
| ☑ | EPM - ENGINE COMPARTMENT PARTS MISSING | ☐ | PAM - PASSENGER'S SIDE AIRBAG MISSING | | |

Sincerely,

Keith Woods, Deputy Chief

2A 118328                                                    ASP: T, F 8:30AM-10:00AM

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 2A 118328 | Police Use Only - VIN No. 2HKRW2H51LH659777 |
|---|---|

| Reported On:<br><br>2022-06-16 | Reporter:<br><br>Jaime Alvarado | Badge:<br><br>3624 | Auth By:<br><br>4034 | RoTow Tag No:<br><br>Derelict Tag No:<br>2244588 |
|---|---|---|---|---|

**Location of Vehicle:**

2338 BRUCKNER BOULEVARD

HAVEMEYER AVENUE/BRUCKNER EXPRESSWAY EXIT

| Borough:<br>2 - Bronx | Precinct:<br>043 | District:<br>BX09 |
|---|---|---|
| Make: Honda | | Tire Condition: No Tires |
| Type: 4 Door Vehicle | | Color: Maroon |
| Model: CRV | Cylinders: 4 | Fuel Type: Unleaded |

| Contractor Notified:<br>Date:         Time:<br>2022-06-17    06:32 | 463 Prepared:<br>Date:         Time:<br>2022-06-16    00:26 | Pick Up Date:<br><br>2022-06-17 | Towed By:<br><br>3 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :

Disposition:
RTC

## Sanitation Department

Hold No:

| Date:<br>2022-06-16 | Year:<br>2020 | Make: Honda | | Conditions: DAM IS |
|---|---|---|---|---|
| | | Type: 4 Door Vehicle | Color: Maroon | DM3 LSD |

Investigation Findings:

Conditions: DAM IS
DM3 LSD
ENS RED
EPM TLM
ERD WM2
ES
FED
GB
HD
ID

907 No:  F14107P

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br><br>2022-06-17 | I certify that the information on this form is<br>correct/true<br><br>DSNY Employee:  JMT |
|---|---|---|

Vehicle Over 48 HRS?

YES (    )          NO ( ■ )

DS-464     Version # 1          1 Contractor's Copy          4 Police Copy



**sanitation**
Jessica S. Tisch Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

March 1, 2023

464 # D.S. 3A-128991

Dear Sir or Madam:

Our records show that on November 21, 2019 , a __Honda, 4 door, black__ , without license plates affixed was tagged for removal on in front of 87 Norwood Avenue N/E/C of Ridgewood Avenue , BKN05 . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on November 25, 2019 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2016 , and the Vehicle Identification Number was 5FNYF6H51GB105534 . This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information JET AUTO WRECKERS, INC. . removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

## CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | BD | - BODY DAMAGE | | ERD | - EXTENSIVE RIGHT DAMAGE | PSC | - PASSENGER SIDE CURTAIN AIR BAG |
| | CBO | - COMPLETE BURN OUT | | ES | - EXTERIOR STRIPPED | PSI | - PASSENGER SIDE IMPACT AIR BAG |
| | DAD | - DRIVER'S AIRBAG DAMAGED | | ETM | - ENGINE / TRANSMISSION MISSING | RD | - ROOF DAMAGE |
| | DAM | - DRIVER'S AIRBAG MISSING | | EXB | - EXTERIOR BURNT | RED | - REAR END DAMAGE |
| | DD | - DETERIORATED AND/OR DILAPIDATED | | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | RFM | - RIGHT FENDER MISSING |
| | DM1 | - DOORS MISSING 1 | | FED | - FRONT END DAMAGE | RM | - ROOF MISSING |
| | DM2 | - DOORS MISSING 2 | | GB | - GLASS BROKEN | RR | - RUST / ROT |
| | DM3 | - DOORS MISSING 3 | | GM | - GLASS MISSING | RSD | - RIGHT SIDE DAMAGE |
| | DM4 | - DOORS MISSING 4 | | HD | - HOOD DAMAGED | SHL | - SHELL |
| | DRD | - DOOR OR DOORS DAMAGED | | HM | - HOOD MISSING | TLD | - TRUNK LID DAMAGED |
| | DSC | - DRIVER SIDE CURTAIN AIR BAG | | IBO | - INTERIOR BURNT OUT | TLM | - TRUNK LID MISSING |
| | DSI | - DRIVER SIDE IMPACT AIR BAG | | ID | - INTERIOR DAMAGED | TM | - TRANSMISSION MISSING |
| | EB | - ENGINE BURNT | | IS | - INTERIOR STRIPPED | TP | - TRUNK POPPED |
| | ECB | - ENGINE COMPARTMENT BURNT | | LFM | - LEFT FENDER MISSING | WM1 | - WHEEL MISSING 1 |
| | EFD | - EXTENSIVE FRONT DAMAGE | | LSD | - LEFT SIDE DAMAGE | WM2 | - WHEELS MISSING 2 |
| | ELD | - EXTENSIVE LEFT DAMAGE | | NCM | - NOSE CONE MISSING | WM3 | - WHEELS MISSING 3 |
| | EM | - ENGINE MISSING | | ND | - NO DAMAGE | WM4 | - WHEELS MISSING 4 |
| | ENS | - ENGINE STRIPPED | | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | XRD | - EXTENSIVE REAR DAMAGE |
| | EPM | - ENGINE COMPARTMENT PARTS MISSING | | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | |

Sincerely,

Keith Woods, Deputy Chief

3A 128991                                          ASP:

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 3A 128991 | Police Use Only - VIN No. 5FNYF6H51GB105534 |
|---|---|

| Reported On:<br>2019-11-21 | Reporter:<br>HUEBNER | Badge:<br>4269 | Auth By: | RoTow Tag No: |
|---|---|---|---|---|
| | | | | Derelict Tag No:<br>3230576 |

| Location of Vehicle:<br><br>IFO 87 NORWOOD AVENUE<br><br>N/E/C OF RIDGEWOOD AVENUE/ | Borough:<br>3 - Brooklyn | Precinct:<br>75 | District:<br>BKN05 |
|---|---|---|---|
| | Make: Honda | | Tire Condition: |
| | Type: 4 Door Vehicle | | Color: Black |
| | Model: | Cylinders: | Fuel Type: |

| Contractor Notified:<br>Date:         Time:<br>2023-02-28    11:56 | 463 Prepared:<br>Date:         Time:<br>2019-11-21    21:00 | Pick Up Date:<br>2019-11-25 | Towed By:<br>10 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :

Disposition:
RTC

## Sanitation Department

Hold No:

| Date:<br>2019-11-21 | Year:<br>2016 | Make: Honda | Conditions: |
|---|---|---|---|
| | | Type: 4 Door Vehicle | Color: Black |

Investigation Findings:

907 No: F26067K

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br>2019-11-25 | I certify that the information on this form is<br>correct/true<br><br>DSNY Employee: FIG3 |
|---|---|---|

Vehicle Over 48 HRS?

YES (    )          NO ( ■ )                    NA

DS-464        Version # 1        1 Contractor's Copy        4 Police Copy

Department of Motor Vehicles

English ⌄

### Check Title or Lien Status

Your search returned 1 result of 1 found.

Confirm that the VIN, model year and make listed below are for your vehicle and match your vehicle's registration document. ☞

**Please Note:**
- If this is NOT the correct vehicle, return to the previous screen and verify your entries. If you entered all information correctly and still see the wrong vehicle, contact the Title Services Bureau. ☞
- If you recently ordered a duplicate title, allow one to two weeks from the Title Issue Date to receive your title in the mail.
- If your lien is not listed, read information about how to record a lien. ☞

## Your Title or Lien Status Information is Below:

**VIN Number:** 5FNYF6H51GB105534
**Model Year:** 2016
**Vehicle Make:** HONDA

**Title Issuance Date:** 00000000
**Number of Liens:** 01

**Lienholder:**

American Honda Finance Corp
Po Box 997515
Sacramento CA 95899

**Lien Status:** Open
This lien is on the current title.

Quick Links:    Receive Email / Text                E-ZPass® ☞                DMV Home ☞
                Reminders ☞
                Military Veteran Resources ☞        Privacy & Security ☞
                Register to Vote ☞                  Translation Disclaimer ☞
                Register as an Organ Donor ☞

secure

1/2



**sanitation**

**Jessica S. Tisch** Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

October 27, 2023

464 # D.S.BQSA 000509

Dear Sir or Madam:

Our records show that on Aug. 21, 2023 , a  4 dr Honda Accord  , without license plates affixed was tagged for removal on 533 Atkins Avenue, Brooklyn, NY  . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program.  This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on Aug. 22, 2023  and brought into the yard where it was inspected.  This inspection revealed that the vehicle was a 2020 , and the Vehicle Identification Number was 1hgcv1f32la098826  .  This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information  Jet Auto Wreckers Inc.  . removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address.  Enclosed find a D.S. 464 form.

## CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | BD | - BODY DAMAGE | ✔ | ERD | - EXTENSIVE RIGHT DAMAGE | PSC | - PASSENGER SIDE CURTAIN AIR BAG |
| | CBO | - COMPLETE BURN OUT | | ES | - EXTERIOR STRIPPED | PSI | - PASSENGER SIDE IMPACT AIR BAG |
| ✔ | DAD | - DRIVER'S AIRBAG DAMAGED | | ETM | - ENGINE / TRANSMISSION MISSING | RD | - ROOF DAMAGE |
| | DAM | - DRIVER'S AIRBAG MISSING | | EXB | - EXTERIOR BURNT | RED | - REAR END DAMAGE |
| | DD | - DETERIORATED AND/OR DILAPIDATED | | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | RFM | - RIGHT FENDER MISSING |
| ✔ | DM1 | - DOORS MISSING 1 | ✔ | FED | - FRONT END DAMAGE | RM | - ROOF MISSING |
| | DM2 | - DOORS MISSING 2 | ✔ | GB | - GLASS BROKEN | RR | - RUST / ROT |
| | DM3 | - DOORS MISSING 3 | | GM | - GLASS MISSING | RSD | - RIGHT SIDE DAMAGE |
| | DM4 | - DOORS MISSING 4 | | HD | - HOOD DAMAGED | SHL | - SHELL |
| ✔ | DRD | - DOOR OR DOORS DAMAGED | | HM | - HOOD MISSING | TLD | - TRUNK LID DAMAGED |
| | DSC | - DRIVER SIDE CURTAIN AIR BAG | | IBO | - INTERIOR BURNT OUT | ✔ | TLM | - TRUNK LID MISSING |
| | DSI | - DRIVER SIDE IMPACT AIR BAG | ✔ | ID | - INTERIOR DAMAGED | TM | - TRANSMISSION MISSING |
| | EB | - ENGINE BURNT | | IS | - INTERIOR STRIPPED | TP | - TRUNK POPPED |
| | ECB | - ENGINE COMPARTMENT BURNT | | LFM | - LEFT FENDER MISSING | WM1 | - WHEEL MISSING 1 |
| | EFD | - EXTENSIVE FRONT DAMAGE | | LSD | - LEFT SIDE DAMAGE | WM2 | - WHEELS MISSING 2 |
| | ELD | - EXTENSIVE LEFT DAMAGE | | NCM | - NOSE CONE MISSING | WM3 | - WHEELS MISSING 3 |
| | EM | - ENGINE MISSING | | ND | - NO DAMAGE | WM4 | - WHEELS MISSING 4 |
| | ENS | - ENGINE STRIPPED | ✔ | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | XRD | - EXTENSIVE REAR DAMAGE |
| ✔ | EPM | - ENGINE COMPARTMENT PARTS MISSING | | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | |

Sincerely,

Keith Woods, Deputy Chief

BQSA 000509                                    ASP:  T, F 8:00AM-9:30AM

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - BQSA 000509 | Police Use Only - VIN No.  1hgcv1f32la098826 | | | |
|---|---|---|---|---|
| **Reported On:**<br>2023-08-21 | **Reporter:**<br>Michael Paul Zappola | **Badge:**<br>4756 | **Auth By:**<br>4222 | **RoTow Tag No:**<br><br>**Derelict Tag No:**<br>3255219 |
| **Location of Vehicle:**<br>533 ATKINS AVENUE<br><br>HEGEMAN AVENUE/LINDEN BOULEVARD | | **Borough:**<br>3 - Brooklyn | **Precinct:**<br>075 | **District:**<br>BKN05   **C.D:** 08 |

| Make: Honda | |
|---|---|
| Type: 4 Door Vehicle | Color: Grey |
| Model: Accord  Cylinders: 6  Fuel Type: Unleaded | Tire Condition: |

| Contractor Notified:<br>Date:            Time:<br>2023-08-22    05:59 | 463 Prepared:<br>Date:            Time:<br>2023-08-21    10:52 | Pick Up Date:<br>2023-08-22 | Towed By:<br>10 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :
F/R FLAT / BALL JOINT  TOWABLE

Disposition:
RTC

## Sanitation Department

Hold No:

| Date:<br>2023-08-21 | Year:<br>2020 | Make: Honda | | Conditions:  DAD<br>DM1<br>DRD<br>EPM<br>ERD<br>FED<br>GB<br>ID<br>PAD<br>TLM |
|---|---|---|---|---|
| | | Type: 4 Door Vehicle | Color: Grey | |

Investigation Findings:

907 No:  F22874R

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br>2023-08-22 | I certify that the information on this form is<br>correct/true<br><br>DSNY Employee:  JR |
|---|---|---|

Vehicle Over 48 HRS?

YES (  )          NO ( ■ )

DS-464      Version # 1          1 Contractor's Copy          4 Police Copy

2 Disposition Copy          5 NATB Copy

3 Yard Copy          6 DMV Copy

# sanitation
**Edward Grayson** Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

October 26, 2021

464 # D.S. 4A -131900

Dear Sir or Madam:

Our records show that on June 7,2021 , a 4 Door Maroon Honda , without license plates affixed was tagged for removal on In Front of 101-06 Brisbin Street, Queens NY . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on June 8, 2021 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2015 , and the Vehicle Identification Number was 1HGCR2F38FA215873 , This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information JET AUTO WRECKERS INC . removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

## CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | Code | Description | | Code | Description | | Code | Description |
|---|---|---|---|---|---|---|---|---|
| | BD | - BODY DAMAGE | ✓ | ERD | - EXTENSIVE RIGHT DAMAGE | | PSC | - PASSENGER SIDE CURTAIN AIR BAG |
| | CBO | - COMPLETE BURN OUT | | ES | - EXTERIOR STRIPPED | | PSI | - PASSENGER SIDE IMPACT AIR BAG |
| | DAD | - DRIVER'S AIRBAG DAMAGED | | ETM | - ENGINE / TRANSMISSION MISSING | | RD | - ROOF DAMAGE |
| | DAM | - DRIVER'S AIRBAG MISSING | | EXB | - EXTERIOR BURNT | ✓ | RED | - REAR END DAMAGE |
| | DD | - DETERIORATED AND/OR DILAPIDATED | | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | | RFM | - RIGHT FENDER MISSING |
| | DM1 | - DOORS MISSING 1 | | FED | - FRONT END DAMAGE | | RM | - ROOF MISSING |
| | DM2 | - DOORS MISSING 2 | ✓ | GB | - GLASS BROKEN | | RR | - RUST / ROT |
| | DM3 | - DOORS MISSING 3 | | GM | - GLASS MISSING | | RSD | - RIGHT SIDE DAMAGE |
| | DM4 | - DOORS MISSING 4 | | HD | - HOOD DAMAGED | | SHL | - SHELL |
| ✓ | DRD | - DOOR OR DOORS DAMAGED | | HM | - HOOD MISSING | | TLD | - TRUNK LID DAMAGED |
| | DSC | - DRIVER SIDE CURTAIN AIR BAG | | IBO | - INTERIOR BURNT OUT | | TLM | - TRUNK LID MISSING |
| | DSI | - DRIVER SIDE IMPACT AIR BAG | ✓ | ID | - INTERIOR DAMAGED | | TM | - TRANSMISSION MISSING |
| | EB | - ENGINE BURNT | | IS | - INTERIOR STRIPPED | | TP | - TRUNK POPPED |
| | ECB | - ENGINE COMPARTMENT BURNT | | LFM | - LEFT FENDER MISSING | | WM1 | - WHEEL MISSING 1 |
| | EFD | - EXTENSIVE FRONT DAMAGE | | LSD | - LEFT SIDE DAMAGE | | WM2 | - WHEELS MISSING 2 |
| ✓ | ELD | - EXTENSIVE LEFT DAMAGE | | NCM | - NOSE CONE MISSING | | WM3 | - WHEELS MISSING 3 |
| | EM | - ENGINE MISSING | | ND | - NO DAMAGE | | WM4 | - WHEELS MISSING 4 |
| | ENS | - ENGINE STRIPPED | | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | | | - EXTENSIVE REAR DAMAGE |
| ✓ | EPM | - ENGINE COMPARTMENT PARTS MISSING | | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | | |

Sincerely,

Keith Woods, Deputy Chief

4A 131900                                     ASP:

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 4A 131900 | Police Use Only - VIN No.  1hgcr2f38fa215873 |
|---|---|

| Reported On:<br>2021-06-07 | Reporter:<br>Christian Jesus Pereyra | Badge:<br>4601 | Auth By:<br>4222 | RoTow Tag No: |
|---|---|---|---|---|
| | | | | Derelict Tag No:<br>4241173 |

| Location of Vehicle:<br>101-06 BRISBIN STREET<br>101 AVENUE/102 AVENUE | Borough:<br>4 - Queens | Precinct:<br>103 | District:<br>QE12 |
|---|---|---|---|
| | Make: Honda | | Tire Condition: Flat Tires |
| | Type: 4 Door Vehicle | Color: Maroon | |
| | Model: accord | Cylinders: 4 | Fuel Type: Unleaded |

| Contractor Notified:<br>Date:        Time:<br>2021-06-08   05:52 | 463 Prepared:<br>Date:        Time:<br>2021-06-07   02:05 | Pick Up Date:<br>2021-06-08 | Towed By:<br>10 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :
2 flat tires

Disposition:
RTC

## Sanitation Department                              Hold No:

| Date:<br>2021-06-07 | Year:<br>2015 | Make: Honda | | Conditions: DRD |
|---|---|---|---|---|
| | | Type: 4 Door Vehicle | Color: Maroon | ELD |

Investigation Findings:

Conditions: DRD
ELD
EPM
ERD
GB
ID
RED

THE CITY OF NEW YORK
DEPARTMENT OF SANITATION DATED
DATED __10/26/21__
I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF THE ORIGINAL
DOCUMENTS. I AM ALSO CUSTODIAN OF
SUCH DOCUMENTS ON FILE.
SIGNED _____
Shield 06107-115

907 No:  f25280r

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br>2021-06-08 | I certify that the information on this form is<br>correct/true |
|---|---|---|
| | | DSNY Employee:  AF |

Vehicle Over 48 HRS?

YES (    )          NO ( ■ )

4A 131900

ASP:

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 4A 131900 | | Police Use Only - VIN No<br><br>*Danh*<br><br>1HGCR2F38FA215873 | | | |
|---|---|---|---|---|---|
| Reported On:<br>2021-06-07 | Reporter:<br>Christian Jesus Pereyra | Badge:<br>4601 | Auth By | RoTow Tag No: | |
| | | | | Derelict Tag No:<br>4241173 | |
| Location of Vehicle:<br>101-06 BRISBIN STREET<br>101 AVENUE 102 AVENUE | | Borough:<br>4 | Precinct:<br>103 | District:<br>QE12 | |
| | | Make: Honda   Tire Condition: Flat Tires | | | |
| | | Type:4 Door Vehicle | | Color:Maroon | |
| | | Model:   Cylinders:   Fuel Type: | | | |
| Contractor Notified:<br>Date:        Time:<br>2021-06-08    05:52 | 463 Prepared:<br>Date:        Time:<br>2021-06-07    02:05 | Pick Up Date: | Towed By:<br>10 | NOL Date: | OC Date: |

Remarks :2 flat tires

Disposition:

| **Sanitation Department** | | | | Hold No: |
|---|---|---|---|---|
| Date:<br>2021-06-07 | Year:<br>*2015* | Make: Honda  *ACCORD*<br>Type:4 Door Vehicle    Color:Maroon *4cyl* | | Condition: |
| Investigation Findings: | | | | THE CITY OF NEW YORK DEPARTMENT OF SANITATION ORDERED DATED ... I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENTS, I AM ALSO CUSTODIAN OF SUCH DOCUMENTS ON FILE. |
| 907 No: F25280R | | | | RED ELD ERD DRD GB, EDM, ID |
| Intelligence Data:<br>Disposition:<br>*Rte* | | Date:<br>6/8/21 | | I certify that the information on this form is correct/true<br><br>DSNY Employee: |
| Vehicle Over 48 HRS?<br>YES( )    NO( ) | | | | |

| DS-464 | 01/02 | 1 Contractor's Copy | 4 Police Copy |
|---|---|---|---|
| | | 2 Disposition Copy | 5 NATB Copy |
| | | 3 Yard Copy | 6 DMV Copy |

**NEW YORK STATE** | **Department of Motor Vehicles**

# SALVAGE CERTIFICATE
### For a 1973 or Newer Motor Vehicle

F25280R

**OTHER JURISDICTIONS: Do not accept this certificate as proof of ownership for registration or titling purposes unless the vehicle and its major component parts meet your requirements concerning the bearer's right to possess them.**
**THIS DOCUMENT IS VOID IF ALTERED OR ERASED** *(Please type or print entries with ballpoint pen.)*

**1. VEHICLE DESCRIPTION ● *ENTER VEHICLE IDENTIFICATION NUMBER EXACTLY AS IT APPEARS ON PROOF OF OWNERSHIP***

| VEHICLE IDENTIFICATION NUMBER *(Please start at leftmost space)* | YEAR | MAKE | MODEL |
|---|---|---|---|
| | | | |

| FUEL | CYLINDERS | MAX GROSS WEIGHT | STATE | PRIOR TITLE DOCUMENT NUMBER | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|
| | | | | | | |

**2. VEHICLE CONDITION ●   THIS MUST *ALWAYS* BE COMPLETED - CHECK ALL BOXES THAT APPLY**

☐ Vehicle identification plate missing, altered or defaced

☐ Flood damage   ☐ Rear Clip
☐ Cowl   ☐ Nose

Major component part or parts missing or damaged:
☐ Engine   ☐ Transmission   ☐ Body
☐ Frame   ☐ Front Cut Off   ☐ None
☑ Other Specify ____

Air Bag missing or Damaged:   ☐ Driver   ☐ Passenger
☐ Driver side impact   ☐ Passenger side impact
☐ Driver side curtain   ☐ Passenger side curtain
☐ Other Specify ____

**3. VEHICLE ACQUISITION**

SALVAGE VEHICLE ACQUIRED BY:
NAME *(Use Corporate Name if Applicable)*

DATE OF ACQUISITION *(Month/Day/Year)*

ADDRESS *(Number and Street)*

DMV BUSINESS REGISTRATION, CERTIFICATE, OR ID NUMBER

CITY                    ZIP CODE

THE CITY OF NEW YORK
DEPARTMENT OF SANITATION
DVO UNIT
803 FORBELL STREET
BROOKLYN, NY 11208

INSURANCE CO. CODE

TELEPHONE NUMBER
(   )

STOCK NUMBER OR INSURANCE NUMBER

FORMER OWNER OF VEHICLE:
NAME

ADDRESS *(Number (including Apt. No.) and Street)*     CITY     STATE     ZIP CODE

PREVIOUS PROOF OF OWNERSHIP:
☐ NYS CERTIFICATE OF TITLE - DOC. NO.
☐ NYS SALVAGE CERTIFICATE - CERT. NO.
☐ OUT-OF-STATE TITLE - DOC. NO.
☐ OUT-OF-STATE SALVAGE CERTIFICATE - CERTIFICATE NO.
☐ OTHER

**INSURANCE COMPANY USE ONLY**

*CHECK ONE BOX ONLY:* ☐ STOLEN - NOT RECOVERED   ☐ RECOVERED STOLEN - INTACT   ☐ RECOVERED STOLEN - STRIPPED   ☐ TOTAL LOSS
INCLUDE EITHER AN APPRAISAL OR TWO PHOTOS OF VEHICLE FROM DIFFERENT ANGLES WITH DMV COPY (COPY 2) UNLESS VEHICLE IS STOLEN - NOT RECOVERED

**4. LIEN INFORMATION** - List all liens for which a lien satisfaction has not been received. If liens are subsequently satisfied, send form MV-901, Notice of Recorded Lien, to person to whom the vehicle was transferred.

| NAME OF LIENHOLDER | NAME OF LIENHOLDER |
|---|---|
| ADDRESS *(Number and Street)* | ADDRESS *(Number and Street)* |
| CITY     STATE     ZIP CODE | CITY     STATE     ZIP CODE |

**5. VEHICLE DISPOSITION/ODOMETER DISCLOSURE REQUIREMENTS** - Federal and state law requires that you state the mileage upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment. This form will be returned to you if this section is not completed:

CHECK ONE BOX: ☐ TRANSFERRED TO (COMPLETE ALL INFORMATION BELOW & SIGN WHERE INDICATED)
☐ TRANSFERRED TO BE DISMANTLED FOR PARTS (SEE INSTRUCTIONS ON THE BACK)
☐ TRANSFERRED TO BE SCRAPPED OR DESTROYED (SEE INSTRUCTIONS ON THE BACK)

NAME OF PURCHASER *(Use Corp. Address if Applicable)*
JET AUTO WRECKERS, INC.

PURCHASER'S DMV BUSINESS REG., CERT., OR ID NO. IF APPLICABLE | DATE OF TRANSFER

ADDRESS OF PURCHASER *(Street, City, State, Zip Code)*
P.O. BOX 340974
BROOKLYN, NY 11234
DIS # 7002812

MILES (No Tenths)

ODOMETER DISCLOSURE STATEMENT:
I, the seller, certify that to the best of my knowledge, the vehicle's odometer reads as follows and (check the box which applies):
☐ Reflects the Actual Mileage   ☐ Exceeds Mechanical Limits   ☐ Does Not Show the Actual Mileage - Warning: Odometer Discrepancy

PRINT NAME OF PURCHASER

PRINT NAME OF SELLER
THE CITY OF NEW YORK
DEPARTMENT OF SANITATION
803 FORBELL STREET
BROOKLYN, NY 11208

SIGNATURE OF PURCHASER

SIGNATURE OF SELLER (Not to be signed until transfer of ownership is completed)

MUNICIPALITIES ONLY: If required by Section 1224(3b) of the Vehicle and Traffic Law, I certify that I have notified the prior owner and lienholder listed above.

$

(Signature of Authorized Individual)



**sanitation**

NEW YORK CITY DEPARTMENT OF SANITATION

Jessica S. Tisch Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

March 1, 2023

464 # D.S. 2A-118991

Dear Sir or Madam:

      Our records show that on September 16, 2022 , a _Honda, 4 door, black_ , without license plates affixed was tagged for removal on Bronx River Avenue (in front of 1460) East 174th Street and the Cross Bronx Expressway, Bronx, N.Y. BX09 . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

      The contractor removed this vehicle on September 19, 2022 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2021 , and the Vehicle Identification Number was 2HGFC2F6XMH500730 . This vehicle was disposed of by being crushed or dismantled, for parts only.

      For your information ALLIED USED AUTO CORP. . removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

      All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

**CONDITION OF VEHICLE AT TIME OF INSPECTION:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | BD - BODY DAMAGE | ☑ | ERD - EXTENSIVE RIGHT DAMAGE | ☐ | PSC - PASSENGER SIDE CURTAIN AIR BAG |
| ☐ | CBO - COMPLETE BURN OUT | ☑ | ES - EXTERIOR STRIPPED | ☐ | PSI - PASSENGER SIDE IMPACT AIR BAG |
| ☐ | DAD - DRIVER'S AIRBAG DAMAGED | ☐ | ETM - ENGINE / TRANSMISSION MISSING | ☐ | RD - ROOF DAMAGE |
| ☑ | DAM - DRIVER'S AIRBAG MISSING | ☐ | EXB - EXTERIOR BURNT | ☑ | RED - REAR END DAMAGE |
| ☐ | DD - DETERIORATED AND/OR DILAPIDATED | ☐ | FD - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | ☐ | RFM - RIGHT FENDER MISSING |
| ☐ | DM1 - DOORS MISSING 1 | ☐ | FED - FRONT END DAMAGE | ☐ | RM - ROOF MISSING |
| ☐ | DM2 - DOORS MISSING 2 | ☐ | GB - GLASS BROKEN | ☐ | RR - RUST / ROT |
| ☐ | DM3 - DOORS MISSING 3 | ☐ | GM - GLASS MISSING | ☐ | RSD - RIGHT SIDE DAMAGE |
| ☑ | DM4 - DOORS MISSING 4 | ☐ | HD - HOOD DAMAGED | ☐ | SHL - SHELL |
| ☐ | DRD - DOOR OR DOORS DAMAGED | ☐ | HM - HOOD MISSING | ☐ | TLD - TRUNK LID DAMAGED |
| ☐ | DSC - DRIVER SIDE CURTAIN AIR BAG | ☐ | IBO - INTERIOR BURNT OUT | ☑ | TLM - TRUNK LID MISSING |
| ☐ | DSI - DRIVER SIDE IMPACT AIR BAG | ☑ | ID - INTERIOR DAMAGED | ☐ | TM - TRANSMISSION MISSING |
| ☐ | EB - ENGINE BURNT | ☑ | IS - INTERIOR STRIPPED | ☐ | TP - TRUNK POPPED |
| ☐ | ECB - ENGINE COMPARTMENT BURNT | ☐ | LFM - LEFT FENDER MISSING | ☐ | WM1 - WHEEL MISSING 1 |
| ☑ | EFD - EXTENSIVE FRONT DAMAGE | ☐ | LSD - LEFT SIDE DAMAGE | ☐ | WM2 - WHEELS MISSING 2 |
| ☑ | ELD - EXTENSIVE LEFT DAMAGE | ☑ | NCM - NOSE CONE MISSING | ☐ | WM3 - WHEELS MISSING 3 |
| ☐ | EM - ENGINE MISSING | ☐ | ND - NO DAMAGE | ☐ | WM4 - WHEELS MISSING 4 |
| ☑ | ENS - ENGINE STRIPPED | ☐ | PAD - PASSENGER'S SIDE AIRBAG DAMAGED | ☐ | XRD - EXTENSIVE REAR DAMAGE |
| ☑ | EPM - ENGINE COMPARTMENT PARTS MISSING | ☐ | PAM - PASSENGER'S SIDE AIRBAG MISSING | | |

Sincerely,

Keith Woods, Deputy Chief

2A 118991                                        ASP: T, F 8:30AM-10:00AM

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 2A 118991 | Police Use Only - VIN No. 2HGFC2F6XMH500730 |
|---|---|

| Reported On:<br>2022-09-16 | Reporter:<br>Jean Carlos Carela | Badge:<br>4558 | Auth By:<br>4219 | RoTow Tag No: |
|---|---|---|---|---|
| | | | | Derelict Tag No:<br>2240882 |

| Location of Vehicle:<br>1460 BRONX RIVER AVENUE<br><br>EAST 174 STREET/CROSS BRONX EXPRESSWAY | Borough:<br>2 - Bronx | Precinct:<br>043 | District:<br>BX09 |
|---|---|---|---|
| | Make: Honda | | Tire Condition: |
| | Type: 4 Door Vehicle | | Color: Black |
| | Model: CIVIC   Cylinders: 4   Fuel Type: Unleaded | | |

| Contractor Notified:<br>Date:        Time:<br>2022-09-19   05:14 | 463 Prepared:<br>Date:        Time:<br>2022-09-16   19:45 | Pick Up Date:<br>2022-09-19 | Towed By:<br>3 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :

Disposition:
RTC

## Sanitation Department

Hold No:

| Date:<br>2022-09-16 | Year:<br>2021 | Make: Honda | Conditions: DAM NCM |
|---|---|---|---|
| | | Type: 4 Door Vehicle   Color: Black | DM4 RED |

Investigation Findings:

```
                                        EFD  TLM
                                        ELD
                                        ENS
                                        EPM
                                        ERD
                                        ES
907 No:  F24013S                        ID
                                        IS
```

Intelligence Data:
Disposition:          Date:
RTC                   2022-09-19

I certify that the information on this form is
correct/true

DSNY Employee:  JMT

Vehicle Over 48 HRS?

YES (    )          NO ( ■ )

DS-464      Version # 1      1 Contractor's Copy      4 Police Copy



## sanitation
**Jessica S. Tisch** Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

March 1, 2023

464 # D.S. 1A-021120

Dear Sir or Madam:

    Our records show that on October 9, 2022 , a  Acura, 4 door, gray  , without license plates affixed was tagged for removal on East Houston Street and Orchard Street, MN03  . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

    The contractor removed this vehicle on October 12, 2022 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2022 , and the Vehicle Identification Number was 5J8YE1H48NL009540  . This vehicle was disposed of by being crushed or dismantled, for parts only.

    For your information  ALLIED Used Auto Corp.  . removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

    All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address.   Enclosed find a D.S. 464 form.

### CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | BD | - BODY DAMAGE | ✔ | ERD | - EXTENSIVE RIGHT DAMAGE | ☐ | PSC | - PASSENGER SIDE CURTAIN AIR BAG |
| ☐ | CBO | - COMPLETE BURN OUT | ☐ | ES | - EXTERIOR STRIPPED | ☐ | PSI | - PASSENGER SIDE IMPACT AIR BAG |
| ☐ | DAD | - DRIVER'S AIRBAG DAMAGED | ☐ | ETM | - ENGINE / TRANSMISSION MISSING | ✔ | RD | - ROOF DAMAGE |
| ☐ | DAM | - DRIVER'S AIRBAG MISSING | ✔ | EXB | - EXTERIOR BURNT | ✔ | RED | - REAR END DAMAGE |
| ☐ | DD | - DETERIORATED AND/OR DILAPIDATED | ☐ | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | ☐ | RFM | - RIGHT FENDER MISSING |
| ☐ | DM1 | - DOORS MISSING 1 | ☐ | FED | - FRONT END DAMAGE | ☐ | RM | - ROOF MISSING |
| ☐ | DM2 | - DOORS MISSING 2 | ✔ | GB | - GLASS BROKEN | ☐ | RR | - RUST / ROT |
| ☐ | DM3 | - DOORS MISSING 3 | ☐ | GM | - GLASS MISSING | ☐ | RSD | - RIGHT SIDE DAMAGE |
| ☐ | DM4 | - DOORS MISSING 4 | ☐ | HD | - HOOD DAMAGED | ☐ | SHL | - SHELL |
| ✔ | DRD | - DOOR OR DOORS DAMAGED | ☐ | HM | - HOOD MISSING | ☐ | TLD | - TRUNK LID DAMAGED |
| ☐ | DSC | - DRIVER SIDE CURTAIN AIR BAG | ✔ | IBO | - INTERIOR BURNT OUT | ☐ | TLM | - TRUNK LID MISSING |
| ☐ | DSI | - DRIVER SIDE IMPACT AIR BAG | ☐ | ID | - INTERIOR DAMAGED | ☐ | TM | - TRANSMISSION MISSING |
| ✔ | EB | - ENGINE BURNT | ☐ | IS | - INTERIOR STRIPPED | ☐ | TP | - TRUNK POPPED |
| ☐ | ECB | - ENGINE COMPARTMENT BURNT | ☐ | LFM | - LEFT FENDER MISSING | ☐ | WM1 | - WHEEL MISSING 1 |
| ✔ | EFD | - EXTENSIVE FRONT DAMAGE | ☐ | LSD | - LEFT SIDE DAMAGE | ☐ | WM2 | - WHEELS MISSING 2 |
| ✔ | ELD | - EXTENSIVE LEFT DAMAGE | ✔ | NCM | - NOSE CONE MISSING | ☐ | WM3 | - WHEELS MISSING 3 |
| ☐ | EM | - ENGINE MISSING | ☐ | ND | - NO DAMAGE | ☐ | WM4 | - WHEELS MISSING 4 |
| ☐ | ENS | - ENGINE STRIPPED | ☐ | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | ☐ | XRD | - EXTENSIVE REAR DAMAGE |
| ☐ | EPM | - ENGINE COMPARTMENT PARTS MISSING | ☐ | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | | |

Sincerely,

Keith Woods, Deputy Chief

1A 021120                                                    ASP: N/A

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 1A 021120 | Police Use Only - VIN No.  5j8ye1h48nl009540 | | |
|---|---|---|---|

| Reported On:<br><br>2022-10-09 | Reporter:<br><br>Loraynne Dummett | Badge:<br><br>4250 | Auth By:<br><br>3773 | RoTow Tag No:<br><br>Derelict Tag No:<br>1090911 |
|---|---|---|---|---|

| Location of Vehicle:<br><br><br><br>East Houston st/Orchard st | Borough:<br>1 - Manhattan | Precinct:<br>007 | District:<br>MN03 |
|---|---|---|---|

Make: Acura                                    Tire Condition:

Type: 4 Door Vehicle                    Color: Grey

Model: mdx          Cylinders: 6    Fuel Type: Unleaded

| Contractor Notified:<br>Date:          Time:<br>2022-10-12   06:07 | 463 Prepared:<br>Date:          Time:<br>2022-10-09   15:01 | Pick Up Date:<br><br>2022-10-12 | Towed By:<br><br>3 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :

Disposition:
RTC

## Sanitation Department

Hold No:

| Date:<br>2022-10-09 | Year:<br>2022 | Make: Acura | Conditions: DRD RED<br>EB<br>EFD<br>ELD<br>ERD<br>EXB<br>GB<br>IBO<br>NCM<br>RD |
|---|---|---|---|
| | | Type: 4 Door Vehicle   Color: Grey | |

Investigation Findings:



907 No:  f24110s

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br><br>2022-10-12 | I certify that the information on this form is<br>correct/true<br><br><br>DSNY Employee:  cc |
|---|---|---|

Vehicle Over 48 HRS?

YES (   )            NO ( ■ )

DS-464        Version # 1        1 Contractor's Copy        4 Police Copy



**sanitation**
Jessica S. Tisch Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

June 12, 2023

464 # D.S.4A 136618

Dear Sir or Madam:

Our records show that on __May 9, 2023__ , a __4 dr. Honda Accord__ , without license plates affixed was tagged for removal on __106 Sutphin Boulevard (btwn 106 Ave. & Tuskegee Airmen Way), Queens NY__ . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on __May 10, 2023__ and brought into the yard where it was inspected. This inspection revealed that the vehicle was a __2016__ , and the Vehicle Identification Number was __1hgcr2f33ga161075__ . This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information __Jet Auto Wreckers, Inc.__ , removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

### CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | Code | Description | | Code | Description | | Code | Description |
|---|---|---|---|---|---|---|---|---|
| | BD | - BODY DAMAGE | | ERD | - EXTENSIVE RIGHT DAMAGE | | PSC | - PASSENGER SIDE CURTAIN AIR BAG |
| | CBO | - COMPLETE BURN OUT | | ES | - EXTERIOR STRIPPED | | PSI | - PASSENGER SIDE IMPACT AIR BAG |
| | DAD | - DRIVER'S AIRBAG DAMAGED | | ETM | - ENGINE / TRANSMISSION MISSING | | RD | - ROOF DAMAGE |
| | DAM | - DRIVER'S AIRBAG MISSING | | EXB | - EXTERIOR BURNT | ✓ | RED | - REAR END DAMAGE |
| | DD | - DETERIORATED AND/OR DILAPIDATED | | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | | RFM | - RIGHT FENDER MISSING |
| | DM1 | - DOORS MISSING 1 | | FED | - FRONT END DAMAGE | | RM | - ROOF MISSING |
| | DM2 | - DOORS MISSING 2 | ✓ | GB | - GLASS BROKEN | | RR | - RUST / ROT |
| | DM3 | - DOORS MISSING 3 | | GM | - GLASS MISSING | | RSD | - RIGHT SIDE DAMAGE |
| | DM4 | - DOORS MISSING 4 | | HD | - HOOD DAMAGED | | SHL | - SHELL |
| | DRD | - DOOR OR DOORS DAMAGED | | HM | - HOOD MISSING | | TLD | - TRUNK LID DAMAGED |
| | DSC | - DRIVER SIDE CURTAIN AIR BAG | | IBO | - INTERIOR BURNT OUT | | TLM | - TRUNK LID MISSING |
| | DSI | - DRIVER SIDE IMPACT AIR BAG | | ID | - INTERIOR DAMAGED | | TM | - TRANSMISSION MISSING |
| | EB | - ENGINE BURNT | ✓ | IS | - INTERIOR STRIPPED | | TP | - TRUNK POPPED |
| | ECB | - ENGINE COMPARTMENT BURNT | | LFM | - LEFT FENDER MISSING | | WM1 | - WHEEL MISSING 1 |
| ✓ | EFD | - EXTENSIVE FRONT DAMAGE | | LSD | - LEFT SIDE DAMAGE | | WM2 | - WHEELS MISSING 2 |
| | ELD | - EXTENSIVE LEFT DAMAGE | ✓ | NCM | - NOSE CONE MISSING | | WM3 | - WHEELS MISSING 3 |
| | EM | - ENGINE MISSING | | ND | - NO DAMAGE | ✓ | WM4 | - WHEELS MISSING 4 |
| | ENS | - ENGINE STRIPPED | ✓ | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | | XRD | - EXTENSIVE REAR DAMAGE |
| ✓ | EPM | - ENGINE COMPARTMENT PARTS MISSING | | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | | |

Sincerely,

Keith Woods, Deputy Chief

4A 136618

ASP: H 12:00AM-3:00AM

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 4A 136618 | Police Use Only - VIN No.  1hgcr2f33ga161075 |
|---|---|

| Reported On:<br>2023-05-09 | Reporter:<br>Claudette Maldonado | Badge:<br>4517 | Auth By:<br>4222 | RoTow Tag No:<br><br>Derelict Tag No:<br>4252125 |
|---|---|---|---|---|

| Location of Vehicle:<br><br>106-20 SUTPHIN BOULEVARD<br><br>108 AVENUE/TUSKEGEE AIRMEN WAY | Borough:<br>4 - Queens | Precinct:<br>103 | District:<br>QE12 | C.D:<br>05 |
|---|---|---|---|---|

Make: Honda     Tire Condition: No Tires

Type: 4 Door Vehicle     Color: Silver

Model: Accord     Cylinders: 4     Fuel Type: Unleaded

| Contractor Notified:<br>Date:   Time:<br>2023-05-10  06:11 | 463 Prepared:<br>Date:   Time:<br>2023-05-09  05:39 | Pick Up Date:<br>2023-05-10 | Towed By:<br>10 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :
dash

Disposition:
RTC

## Sanitation Department

Hold No:

| Date:<br>2023-05-09 | Year:<br>2016 | Make: Honda |
|---|---|---|

Type: 4 Door Vehicle     Color: Silver

Investigation Findings:

907 No:  f42225y

Conditions: EFD
EPM
GB
IS
NCM
PAD
RED
WM4

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br>2023-05-10 |
|---|---|

I certify that the information on this form is
correct/true

DSNY Employee:  AF

Vehicle Over 48 HRS?

YES (   )      NO ( ■ )

DS-464     Version # 1     1 Contractor's Copy     4 Police Copy

# sanitation
**NEW YORK CITY DEPARTMENT OF SANITATION**

Jessica S. Tisch Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

July 5, 2023

464 # D.S. 2A-120595

Dear Sir or Madam:

Our records show that on May 9, 2023 , a 4 Door Honda Accord , without license plates affixed was tagged for removal on 689 East 243 Street (bet) Osgood Street & White Plains Road . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on May 10, 2023 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2017 , and the Vehicle Identification Number was 1HGCR2F53HA213582 . This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information ALLIED USED AUTO CORP , removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

## CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | BD - BODY DAMAGE | | ERD - EXTENSIVE RIGHT DAMAGE | | PSC - PASSENGER SIDE CURTAIN AIR BAG | | |
| | CBO - COMPLETE BURN OUT | ✓ | ES - EXTERIOR STRIPPED | | PSI - PASSENGER SIDE IMPACT AIR BAG | | |
| | DAD - DRIVER'S AIRBAG DAMAGED | | ETM - ENGINE / TRANSMISSION MISSING | | RD - ROOF DAMAGE | | |
| | DAM - DRIVER'S AIRBAG MISSING | | EXB - EXTERIOR BURNT | ✓ | RED - REAR END DAMAGE | | |
| | DD - DETERIORATED AND/OR DILAPIDATED | | FD - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | | RFM - RIGHT FENDER MISSING | | |
| | DM1 - DOORS MISSING 1 | ✓ | FED - FRONT END DAMAGE | | RM - ROOF MISSING | | |
| | DM2 - DOORS MISSING 2 | | GB - GLASS BROKEN | | RR - RUST / ROT | | |
| | DM3 - DOORS MISSING 3 | | GM - GLASS MISSING | | RSD - RIGHT SIDE DAMAGE | | |
| | DM4 - DOORS MISSING 4 | | HD - HOOD DAMAGED | | SHL - SHELL | | |
| | DRD - DOOR OR DOORS DAMAGED | ✓ | HM - HOOD MISSING | | TLD - TRUNK LID DAMAGED | | |
| | DSC - DRIVER SIDE CURTAIN AIR BAG | | IBO - INTERIOR BURNT OUT | | TLM - TRUNK LID MISSING | | |
| | DSI - DRIVER SIDE IMPACT AIR BAG | ✓ | ID - INTERIOR DAMAGED | | TM - TRANSMISSION MISSING | | |
| | EB - ENGINE BURNT | ✓ | IS - INTERIOR STRIPPED | | TP - TRUNK POPPED | | |
| | ECB - ENGINE COMPARTMENT BURNT | | LFM - LEFT FENDER MISSING | | WM1 - WHEEL MISSING 1 | | |
| | EFD - EXTENSIVE FRONT DAMAGE | | LSD - LEFT SIDE DAMAGE | | WM2 - WHEELS MISSING 2 | | |
| | ELD - EXTENSIVE LEFT DAMAGE | | NCM - NOSE CONE MISSING | | WM3 - WHEELS MISSING 3 | | |
| | EM - ENGINE MISSING | | ND - NO DAMAGE | | WM4 - WHEELS MISSING 4 | | |
| | ENS - ENGINE STRIPPED | | PAD - PASSENGER'S SIDE AIRBAG DAMAGED | | XRD - EXTENSIVE REAR DAMAGE | | |
| ✓ | EPM - ENGINE COMPARTMENT PARTS MISSING | | PAM - PASSENGER'S SIDE AIRBAG MISSING | | | | |

Sincerely,

Keith Woods, Deputy Chief

2A 120595                                         ASP:

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - 2A 120595 | Police Use Only - VIN No.  1HGCR2F53HA213582 |
|---|---|

| Reported On: | Reporter: | Badge: | Auth By: | RoTow Tag No: |
|---|---|---|---|---|
| 2023-05-09 | Luis A Rosario | 4066 | 3773 | Derelict Tag No:<br>2243112 |

| Location of Vehicle:<br><br>689 EAST 243 STREET<br><br>OSGOOD STREET/WHITE PLAINS ROAD | Borough:<br>2 - Bronx | Precinct:<br>047 | District:<br>BX12 | C.D.<br>16 |
|---|---|---|---|---|
| | Make: Honda | | Tire Condition: | |
| | Type: 4 Door Vehicle | | Color: White | |
| | Model: ACCORD    Cylinders: 4  Fuel Type: Unleaded | | | |

| Contractor Notified:<br>Date:        Time:<br>2023-05-10    06:19 | 463 Prepared:<br>Date:        Time:<br>2023-05-09    08:05 | Pick Up Date:<br>2023-05-10 | Towed By:<br>4 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :
NO WHEELS, ON BLOCKS

Disposition:
RTC

## Sanitation Department                                    Hold No:

| Date:<br>2023-05-09 | Year:<br>2017 | Make: Honda | Conditions: EPM<br>ES<br>FED<br>HM<br>ID<br>IS<br>LSD<br>RED<br>WM4 |
|---|---|---|---|
| | | Type: 4 Door Vehicle    Color: White | |

Investigation Findings:

907 No:  F22287R

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br>2023-05-10 | I certify that the information on this form is<br>correct/true<br><br>DSNY Employee:  CC |
|---|---|---|

Vehicle Over 48 HRS?

YES (  )          NO ( ■ )

---

DS-464        Version # 1        1 Contractor's Copy        4 Police Copy

The City of New York
Department of Sanitation
Derelict Vehicles Removal Authorization
Serial Number - 2A 120595

Police Use Only VIN NO

Vin  Fm Dash

1HGCR2F53HA213582

| Reported On: 2023-05-09 | Reporter: Luis A Rosario | Badge: 4066 | Auth By | RoTow Tag No: |
| | | | | Derelict Tag No: 2243112 |

| Location of Vehicle: 689 EAST 243 STREET OSGOOD STREET WHITE PLAINS ROAD | Borough: 2 | Precinct: 047 | District: BX12 |
| | Make: Honda | Tire Condition: | |
| | Type:4 Door Vehicle | | Color: White |
| | Model: Cylinders: Fuel Type: 4  Accord. | | |

| Contractor Notified: Date: Time: 2023-05-10  06:19 | 463 Prepared: Date: Time: 2023-05-09  08:05 | Pick Up Date: 5/10/23 | Towed By: 4 | NOL Date: | OC Date: |

Remarks: NO WHEELS, ON BLOCKS

Disposition:

| **Sanitation Department** | | | | Hold No: |
| Date: 2023-05-09 | Year: 2017 | Make: Honda | | Condition: FED EPM HM. WMY, LSD ES, RED JNTS |
| | | Type:4 Door Vehicle | Color: White | |

Investigation Findings:

907 No: F22287R.

Intelligence Data:

Disposition: RTC. 5/10/23

Vehicle Over 48 HRS?

YES ( )    NO ( )

I certify that the information on this form is correct/true

DSNY Employee: L Cameron

| DS-464 | 01/02 | 1 Contractor's Copy | 4 Police Copy |
| | | 2 Disposition Copy | 5 NATB Copy |
| | | 3 Yard Copy | 6 DMV Copy |