**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN HONDA FINANCE CORPORATION and HVT, INC., <br><br> Plaintiffs, <br> v. <br><br> THE CITY OF NEW YORK, <br><br> Defendant. | (Electronically Filed) <br><br> Civil Case No.: <br><br> **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Plaintiffs, American Honda Finance Corporation ("AHFC") and HVT, Inc. ("HVT," and with AHFC, the "Plaintiffs"), hereby files their Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 as follows:

HVT, Inc. is corporation incorporated in Delaware, and is an affiliate of American Honda Finance Corporation, which services leases for vehicles owned by HVT, Inc.  U.S. Bancorp, a publicly traded company, owns greater than 10% of the stock of HVT, Inc.

American Honda Finance Corporation is a corporation incorporated in California, and a wholly owned subsidiary of American Honda Motor Co., Inc., which is in turn a wholly owned subsidiary of Honda Motor Co., Ltd., a publicly traded Japanese Company.

Dated: February 16, 2024

**NORRIS, McLAUGHLIN, PA**
*Attorneys for Plaintiffs*

By: /s/ Nicholas Duston
 Nicholas A. Duston
 7 Times Square, 21st Fl.
 New York, NY 10036
 naduston@norris-law.com
 (908)-722-0700