

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

*naduston@norris-law.com*
908-252-4208

June 10, 2025

**<u>VIA PACER</u>**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20B
New York, NY 10007

>       Re:    *American Honda Finance Corporation and HVT, Inc., v. City of New*
>              *York*, Index No. 24-cv-01137 (JLR)

Dear Judge Rochon:

    This firm represents the Plaintiffs, American Honda Finance Corporation and HVT, Inc., (the "Plaintiffs").  Plaintiffs hereby submit this letter pursuant to Paragraph 2.E of the Court's individual rules, to notify the Court that Plaintiffs will provide a letter response to Defendant's letter requesting a discovery conference (filed in this matter on June 10, 2025 as Document No. 25), within three business days of the filing of Defendant's letter.

    Thank you for your consideration in this matter.

                                              Respectfully Submitted

                                              */s/ Nicholas A. Duston*

                                              Nicholas A. Duston
                                              Kevin J. Hale



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM