UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HONDA FINANCE CORPORATION
and HVT, INC.,

                              Plaintiffs,

            -against-

THE CITY OF NEW YORK,

                              Defendants.

Case No. 1:24-cv-01137 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at today's conference, the Court adopts the following summary-judgment briefing schedule:

- Plaintiffs' opening brief shall be due no later than October 10, 2025, and shall not exceed 8,750 words;

- Defendant's combined opening brief and opposition brief shall be due no later than November 21, 2025, and shall not exceed 10,750 words;

- Plaintiffs' combined reply brief and opposition brief shall be due no later than December 19, 2025, and shall not exceed 10,750 words; and

- Defendant's reply in further support of its motion shall be due no later than January 16, 2026, and shall not exceed 3,500 words.

Dated:  August 26, 2025
        New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge