

7 Times Square
21st Floor
New York, NY  10036

T: 212-808-0700
F: 212-808-0844

Direct Dial: 908.252.4208
Email: naduston@norris-law.com

October 6, 2025

**Via ECF**
Hon. Jennifer L. Rochon
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Request GRANTED.  The summary-judgment briefing schedule shall be extended as set forth below.
>
> Dated: October 7, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:  **American Honda Finance Corp.,** *et al.,* **v. City of New York.**
     **Case No.: 1:24-cv-01137 (JLR) | Pre-Motion Conference Letter**

Dear Judge Rochon:

This firm represents American Honda Finance Corporation and HVT, Inc., ("Plaintiffs") in this action against defendant The City of New York (the "City" or "Defendant").  I write to respectfully request an adjournment of the current schedule for summary judgment briefing in this matter.  Pursuant to Your Honor's Order dated August 26, 2025 following the pre-motion conference on the same day, Plaintiffs' opening brief is due this Friday, October 10th.  Plaintiff is requesting this adjournment because of unavoidable scheduling issues that have arisen since the pre-motion conference.  Given the nature of this matter, where ten cars are at issue rather than one as is usual in this type of case, preparing thorough summary judgment papers has taken longer than counsel anticipated, and Plaintiffs request additional time to provide the Court with a complete and accurate picture of the matter.

Plaintiffs propose the following new schedule:

- Plaintiffs' opening brief shall be due no later than November 10, 2025, and shall not exceed 8,750 words;
- Defendant's combined opening brief and opposition brief shall be due no later than December 22, 2025, and shall not exceed 10,750 words;
- Plaintiffs' combined reply brief and opposition brief shall be due no later than January 19, 2025, and shall not exceed 10,750 words; and
- Defendant's reply in further support of its motion shall be due no later than February 16, 2026, and shall not exceed 3,500 words.

Defendant City of New York has consented to this adjournment.  This is Plaintiffs' first requested adjournment of the Summary Judgment briefing schedule.  Plaintiffs thank the Court for your consideration in this matter.



October 6, 2025

                                              Respectfully Submitted,
                                              Norris McLaughlin, P.A.

                                          By: /s/ *Nicholas A. Duston*

CC:    All counsel of record (via ECF)            Nicholas A. Duston, Esq.
                                                                           Kevin J. Hale, Esq.