NORRIS McLAUGHLIN | P.A.
ATTORNEYS AT LAW

Nicholas A. Duston, Esq.

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

Email: naduston@norris-law.comh

August 12, 2026

**Via ECF**
Hon. Jennifer L. Rochon
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. The parties' oral argument is adjourned from August 28, 2026 to **September 15, 2026, at 10:00 a.m.** This order terminates the motion at Dkt. 67. **SO ORDERED.**

Dated: August 12, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**Re: American Honda Finance Corp., *et al.*, v. City of New York.**
**Case No.: 1:24-cv-01137 (JLR) | Joint Adjournment Request of Summary Judgment Argument**

Dear Judge Rochon:

This firm represents American Honda Finance Corporation and HVT, Inc., ("Plaintiffs") in this action against defendant The City of New York (the "City" or "Defendant"). We write with to respectfully request an adjournment of the oral argument of the parties' summary judgment motions in this matter, which is currently scheduled for August 28, 2026. Neither counsel for the City nor Plaintiffs are available on that date. The Parties respectfully request that oral argument be adjourned to September 15th, 2026, or any date in September following the 15th (except September 22nd and 25th).

This is the first requested adjournment of the Summary Judgment oral argument. The Parties thank the Court for your consideration in this matter.

Respectfully Submitted,
Norris McLaughlin, P.A.

By: */s/ Nicholas A. Duston*
Nicholas A. Duston, Esq.
(Counsel for American Honda Finance Corporation and HVT, Inc.,)

*/s/ James Cullen*
James Cullen, Esq.
(Counsel for City)

CC: All counsel of record (via ECF)