NORRIS McLAUGHLIN | P.A.
ATTORNEYS AT LAW

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

naduston@norris-law.com

October 9, 2026

**VIA PACER**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20B
New York, NY 10007

Re: *American Honda Finance Corporation and HVT, Inc., v. City of New York*, Index No. 24-cv-01137 (JLR) – Letter Motion Requesting Adjournment of Trial Date

Dear Judge Rochon:

This firm represents the Plaintiffs, American Honda Finance Corporation and HVT, Inc., (the "Plaintiffs"), in the above referenced action. Plaintiffs hereby submit this letter motion pursuant to pursuant to the Court's individual rules requesting an adjournment of the trial schedule in this case. The current schedule requires pretrial submissions by October 13, 2026, a final pre-trial conference to be held on October 20, 2026, with trial to commence on October 21, 2026. Defendant has consented to this request and the parties have conferred on potential dates for trial.

Plaintiff respectfully requests that the Court adjourn the trial to December 8th, with a December 7th Pretrial Conference, and Pretrial submissions due December 1st, or such other dates that are convenient for the Court's schedule. If the Court is not available on these dates, we request a short telephone conference to discuss available dates and then coordinate with the witnesses, or in the alternative, an adjournment to provide additional time for the parties to consult with witnesses regarding mutually available dates for trial and a deadline to submit a letter to the Court regarding same. This is the first request for an adjournment of the trial date.

Thank you for your consideration in this matter.

Respectfully Submitted

*/s/ Nicholas A. Duston*

Nicholas A. Duston
Kevin J. Hale
Norris McLaughlin P.A.

Request DENIED. The trial schedule in this case was set on September 28, 2026. Dkt. 73. Yet, the parties waited nearly two weeks to seek an adjournment—submitting this motion one business day before their pretrial submissions deadline. If any witnesses are unavailable to appear for trial on October 21, 2026, the parties may select one of three alternative trial dates: **October 19**, **October 20**, or **October 27, 2026**, with the parties' final pre-trial conference to be rescheduled for the preceding business day. By **October 13, 2026**, the parties shall provide their pretrial submissions and indicate whether they seek one of the three proposed alternative trial dates.

Dated: October 9, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

7 Times Square, Fl. 21
New York, NY 10036
908-252-4208
*Attorney for Plaintiffs*