UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN HONDA FINANCE CORPORATION and HVT, INC.,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendants.

Case No. 1:24-cv-01137 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has reviewed the parties' pretrial submissions and anticipates hearing opening statements at the close of the final pretrial conference on **October 20, 2026**. The parties shall prepare accordingly. To accommodate the anticipated testimony, trial shall commence at **8:00 a.m. on October 21, 2026**.

Dated: October 14, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge