**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

AMERICAN HONDA FINANCE CORPORATION and HVT, INC.,

Plaintiffs,

-against-

24 **CIVIL** 1137 (JLR)

# JUDGMENT

THE CITY OF NEW YORK,

Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 30, 2026, the Court finds for Plaintiffs on the Fifth Amendment claims concerning the Beatty, Jones, Philbert, and Rodriguez Vehicles and awards just compensation for those takings as well as the previously established takings of AHFC's liens in the Griffin, Khan, Smith, and Vasquez Vehicles. The Court awards $26,154.04 in just compensation on the Fifth Amendment claims, plus $3,719.99 in prejudgment interest. The Court also awards $1 to each Plaintiff on the Fourteenth Amendment claim, for $2 in nominal damages. The total judgment is $29,876.03. Post judgment interest is awarded on that sum pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

November 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**